UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DEMOND KING,<br><br>        Plaintiff,<br><br>    v.<br><br>YESENIA L. SANCHEZ, et al.,<br><br>        Defendant. | Case No. 24-cv-02571-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 10 |

    The Court has reviewed Judge Donna M. Ryu's Report and Recommendation Re: Dismissal of Complaint Without Leave to Amend and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the complaint is dismissed without leave to amend.

    **IT IS SO ORDERED.**

Dated: January 13, 2025

                                                                                                VINCE CHHABRIA<br>                                                                             United States District Judge